IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES JAMES HESS
ADC #660146                                                                PLAINTIFF

v.                          No. 3:24-cv-158-DPM

DOE, Doctor,
Independence County Jail                                                DEFENDANTS

## JUDGMENT

Hess's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2024